# United States District Court
# Central District of California

| | |
|---|---|
| HOANG MINH LE,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>DONOVAN FAMILY, LLC; and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | Case No. 5:15-cv-01755-ODW(PLA)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 14), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **by January 4, 2016**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

December 4, 2015

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**